NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **UNITED STATES v. TONAWANDA COKE CORPORATION**    Docket No.: **14-1091**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **KEVIN M. KEARNEY**

Firm: **HODGSON RUSS LLP**

Address: **140 PEARL STREET, SUITE 100, BUFFALO, NY 14202**

Telephone: **716-856-4000**    Fax: **716-819-4610**

E-mail: **KKEARNEY@HODGSONRUSS.COM**

Appearance for: **DEFENDANT, TONAWANDA COKE CORPORATION**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: GREGORY F. LINSIN, ESQ./BLANK ROME LLP. See Exh. A. (letter reflecting Mr. Linsin's/Blank Rome's withdrawal as counsel))
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **7/12/10**    OR

[ ] I applied for admission on _____.

Signature of Counsel: **s/ Kevin M. Kearney**

Type or Print Name: **Kevin M. Kearney**